# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Able Home Health, LLC

                                Plaintiff,

v.                                                          Case No.: 1:19−cv−04773

                                                                 Honorable Sara L. Ellis

CHCS Services, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: Consent motion to extend deadline to answer, move, or otherwise plead to complaint [22] is granted. Status hearing set for 11/13/2019 is stricken and reset to 1/8/2020 at 9:30 AM by request of the parties. Parties report that a settlement has been reached. If stipulation of dismissal is filed prior to status date, no appearance is required. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.