IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> CHCS SERVICES, INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | 19 C 4773 <br><br> Judge Ellis <br> Magistrate Judge Cox |

## STIPULATION TO DISMISS

Plaintiff Able Home Health, LLC and Defendant CHCS Services, Inc., by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff Able Home Health, LLC's individual claims against CHCS Services, Inc. with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against Defendant CHCS Services, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

s/ Mark L. Hanover (w/ consent)
Mark L. Hanover
DENTONS US LLP
233 S. Wacker Drive, Suite 5300
Chicago, IL 60603
(312) 768-8273

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, hereby certify that on January 24, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice to be sent via E-Mail to the following:

Mark L. Hanover
DENTONS US LLP
233 S. Wacker Drive, Suite 5300
Chicago, IL 60603
mark.hanover@dentons.com

                       s/ Heather Kolbus
                       Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200