## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Able Home Health, LLC

                                              Plaintiff,

v.                                                            Case No.: 1:19−cv−04773

                                                                                         Honorable Sara L. Ellis

CHCS Services, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation to dismiss [27], this case is dismissed against CHCS Services, Inc. with prejudice and without costs and against John Does 1−10 without prejudice and without costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.